IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**TERESA ILLAN-ASENSI**
**Plaintiff,**

**v.**

**CARIBBEAN ISLAND STORES, LLC**
**(D/B/A FALAS),**

**Defendant**.

**CIVIL NO. 18-1001 (GAG)**

## JUDGMENT STAYING CASE

Pursuant to the court's order issued on this date (Docket No. 39), judgment is hereby entered **STAYING** the instant case pending bankruptcy proceedings. This case will remain administratively closed and may be reopened upon motion following the conclusion of bankruptcy proceedings.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge